James A. Morris, Esq. (CSBN 296852)
*jmorris@jamlawyers.com*
Shane A. Greenberg, Esq. (CSBN 210932)
*sgreenberg@jamlawyers.com*
**MORRIS LAW FIRM**
4111 W. Alameda Avenue, Suite 611
Burbank, CA 91505
Tel:	(747) 283-1144
Fax:	(747) 283-1143

Adam M. Goffstein
**GOFFSTEIN LAW, LLC**
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax:	(314) 455-7278
*adam@goffsteinlaw.com*
*(*admitted *Pro Hac Vice)*

Daniel J. Orlowsky
**ORLOWSKY LAW, LLC**
7777 Bonhomme, Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax;	(314) 455-7375
*dan@orlowskylaw.com*
*(*admitted *Pro Hac Vice)*

*Attorneys for Plaintiff*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ALYSSA M. SHAUER, Cal. Bar No. 318359
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:	310.228.3700
Facsimile:	310.228.3701
E mail	ccardon@sheppardmullin.com
	baigboboh@sheppardmullin.com
	ashauer@sheppardmullin.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN KUTZA on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC.,<br><br>Defendant. | Case No. 3:18-cv-03534-~~KAW~~ RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE [L.R. 6-2]**<br><br>Complaint Filed:	June 13, 2018<br>Trial Date:	None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 6-2, Plaintiff Brian Kutza ("Plaintiff") and Defendant Williams-Sonoma, Inc. ("Defendant"), by and through their respective counsel, stipulate as follows:

## **RECITALS**

1. WHEREAS, Plaintiff filed the *Class Action Complaint* (the "*Complaint*") against Defendant on June 13, 2018 (Dkt. 1);

2. WHEREAS, the Court issued the *Summons in a Civil Action* (the "*Summons*") to Defendant on June 14, 2018 (Dkt. 5);

3. WHEREAS, the Court issued the *Order Setting Initial Case Management Conference and ADR Deadlines* (the "*Case Management Order*") on June 14, 2018, setting the Initial Case Management Conference for September 11, 2018, the deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan and to file an ADR certification as August 21, 2018, and the deadline to submit a case management statement as September 4, 2018 (Dkt. 3);

4. WHEREAS, Plaintiff served the *Complaint*, *Summons*, and *Case Management Order* on Defendant on June 15, 2018;

5. WHEREAS, Defendant requested additional time to respond to the Complaint and, following a meet and confer, on July 2, 2018, the parties stipulated, pursuant to Local Rule 6-1(a), to extend Defendant's deadline to respond to the *Complaint* by thirty (30) days from July 6, 2018 to August 6, 2018 (Dkt. 6);

6. WHEREAS, the Court issued the *Clerk's Note Re Reassigned Case* on July 3, 2018, resetting the deadline for the Case Management Statement as September 13, 2018, and resetting the Initial Case Management Conference for September 20, 2018 (Dkt. 11);

7. WHEREAS, Defendant filed its *Notice of Motion and Motion to Dismiss Class Action Complaint* (the "*Motion*") on August 6, 2018 setting the hearing for September 20, 2018 at 1:30 p.m. (Dkt. 16);

8. WHEREAS, the current deadline for Plaintiff to file an opposition to the *Motion* is August 20, 2018, and the current deadline for Defendant to file a reply in support of the *Motion* is August 27, 2018;

9. WHEREAS, Plaintiff requested additional time to file his opposition to the *Motion* to fully brief the issues raised therein and, following a meet and confer, the parties have agreed to extend Plaintiff's opposition deadline and Defendant's reply deadline, and to continue the hearing on the *Motion* and the Case Management Conference (and correspondingly extend the deadline to file the Case Management Statement) to accommodate the new briefing schedule and the Court's schedule, as follows:

| | | |
|---|---|---|
| (a) | Opposition Deadline: | September 4, 2018 |
| (b) | Reply Deadline: | September 24, 2018 |
| (c) | Case Management Statement Deadline: | October 18, 2018 |
| (c) | Hearing: | October 25, 2018 at 1:30 PM |
| (d) | Case Management Conference: | October 25, 2018 at 1:30 PM |

10. WHEREAS, the parties seek no other modifications to the schedule;

11. NOW, THEREFORE, pursuant to Local Rule 6-2, the parties hereby stipulate and request that the Court enter an order setting the following *Motion* and case management schedule, if acceptable to the Court:

| | | |
|---|---|---|
| (a) | Opposition Deadline: | September 4, 2018 |
| (b) | Reply Deadline: | September 24, 2018 |
| (c) | Case Management Statement Deadline: | October 18, 2018 |
| (c) | Hearing: | October 25, 2018 at 1:30 PM |
| (d) | Case Management Conference: | October 25, 2018 at 1:30 PM |

12. WHEREAS, pursuant to Local Rule 5-1(i)(3), by her signature below, **Shane A. Greenberg**, attests that concurrence in the filing of this document has been obtained from each of the signatories listed below.

**IT IS SO STIPULATED AND AGREED.**

MORRIS LAW FIRM

Dated: August 17, 2018    By    _____/s/ Shane A. Greenberg_____
                                JAMES A. MORRIS
                                SHANE A. GREENBERG

                                *Attorneys for Plaintiff*


ORLOWSKY LAW LLC

Dated: August 17, 2018    By    _____/s/ Daniel J. Orlowsky_____
                                DANIEL J. ORLOWSKY

                                *Attorney for Plaintiff*


GOFFSTEIN LAW LLC

Dated: August 17, 2018    By    _____/s/ Adam M. Goffstein_____
                                ADAM M. GOFFSTEIN

                                *Attorney for Plaintiff*


SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated: August 17, 2018    By    _____/s/ Benjamin O. Aigboboh_____
                                P. CRAIG CARDON
                                BENJAMIN O. AIGBOBOH
                                ALYSSA M. SHAUER

                                *Attorneys for Defendant*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, **IT IS HEREBY ORDERED** that: (1) the hearing on the motion to dismiss and the case management conference is continued from September 20, 2018 to October 25, 2018 at 1:30 P.M.; and (2) Plaintiff's opposition to the motion to dismiss is due by September 4, 2018 and Defendant's reply is due by September 24, 2018; and, (3) the case management statement is due by October 18, 2018.

IT IS SO ORDERED.

DATE: 8/17/18

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE