UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KUTZA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM-SONOMA, INC.,<br><br>    Defendant. | Case No. 18-cv-03534-RS<br><br>AMENDED<br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 14, 2019. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be June 14, 2019. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

2. DISCOVERY.

On or before December 31, 2019, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute. Up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

a. On or before November 19, 2019, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

b. On or before December 10, 2019, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

c. On or before December 31, 2019, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

5. CLASS CERTIFICATION.

a. Plaintiff's motion for class certification shall be heard on April 23, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

6. CLASS ACTION SETTLEMENTS.

In putative class actions, prior to submitting any motion for approval of a class settlement, the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance and tailor the motion appropriately.

**IT IS SO ORDERED**.

Dated: April 11, 2019

_____
RICHARD SEEBORG
United States District Judge