1  Adam M. Goffstein
   GOFFSTEIN LAW, LLC
2  7777 Bonhomme, Suite 1910
   St. Louis, Missouri 63105
3  Phone: (314) 725-5151
   Fax:    (314) 455-7375
4  *Adam@Goffsteinlaw.com*
   *(Pro Hac Vice)*
5
   *Attorneys for Plaintiffs and the Proposed Class*
6
   [Additional Counsel for Plaintiffs on Signature Page]
7
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
8  P. CRAIG CARDON, Cal. Bar No. 168646
   BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
9  ALYSSA M. SHAUER, Cal. Bar No. 318359
   1901 Avenue of the Stars, Suite 1600
10 Los Angeles, California 90067-6055
   Telephone:   310.228.3700
11 Facsimile:   310.228.3701
   Email        ccardon@sheppardmullin.com
12              baigboboh@sheppardmullin.com
                ashauer@sheppardmullin.com
13
   ROBERT J. GUITE, Cal. Bar No. 244590
14 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
15 Telephone:   415.434.9100
   Facsimile:   415.434.3947
16 Email        rguite@sheppardmullin.com

17 *Attorneys for Defendant*

18                   **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN KUTZA and ANIL KUMAR URMIL, on behalf of themselves and all others similarly situated, | Case No. 3:18-cv-03534-RS |
| | *Assigned to the Hon. Richard Seeborg* |
| Plaintiffs, | **CLASS ACTION** |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WILLIAMS-SONOMA, INC, | Complaint Filed:  June 13, 2018 |
| Defendant. | FAC Filed:        November 29, 2018 |
| | Trial Date:       None Set |

1 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Brian Kutza and Anil Kumar Urmil (collectively, "Plaintiffs"), and Defendant Williams-Sonoma, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal of the claims at issue in this case as follows:

   1. Plaintiffs' *First Amended Class Action Complaint* (Dkt. 37) shall be dismissed in its entirety with prejudice; and

   2. Each party shall bear his or its own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: September 2, 2020         GOFFSTEIN LAW, LLC

                         By     */s/Adam M. Goffstein*
                                Adam M. Goffstein (*Pro Hac Vice*)
                                7777 Bonhomme Avenue, Suite 1910
                                St. Louis, Missouri 63105
                                Phone: 314-725-5151
                                Fax:   314-403-7660
                                *adam@goffsteinlaw.com*

                                Daniel J. Orlowsky (*Pro Hac Vice*)
                                **ORLOWSKY LAW, LLC**
                                7777 Bonhomme Avenue, Suite 1910
                                St. Louis, Missouri 63105
                                Phone: (314) 725-5151
                                Fax:   (314) 455-7375
                                dan@orlowskylaw.com

                                James A. Morris, Esq. (CSBN 296852)
                                Shane A. Greenberg, Esq. (CSMN 210932)
                                **MORRIS LAW FIRM**
                                4111 W. Alameda Avenue, Suite 611
                                Burbank, CA 91505
                                Tel:   (747) 283-1144
                                Fax:   (747) 283-1143
                                jmorris@jamlawyers.com
                                jreenberg@jamlawyers.com

                                *Attorneys for Plaintiffs*
                                BRIAN KUTZA and ANIL KUMAR URMIL

| | |
|---|---|
| Dated:  September 2, 2020 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | By   */s/ Benjamin O. Aigboboh*<br>P. Craig Cardon<br>Benjamin O. Aigboboh |
| | *Attorneys for Defendant*<br>WILLIAMS-SONOMA, INC. |

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Defendant Williams-Sonoma, Inc. whose electronic signature appears above has concurred in this filing.

| | |
|---|---|
| Dated:  September 2, 2020 | GOFFSTEIN LAW, LLC |
| | By   */s/ Adam M. Goffstein*<br>Adam M. Goffstein |
| | *Attorneys for Plaintiffs* |