United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KUTZA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM-SONOMA, INC.,<br><br>    Defendant. | Case No. 18-cv-03534-RS<br><br>**ORDER RE DISMISSAL** |

The parties have stipulated to a dismissal of the complaint "in its entirety with prejudice." The effect of this stipulation is to dismiss the claims of the named plaintiffs with prejudice, and the claims of the putative class without prejudice. The case will be closed.

**IT IS SO ORDERED**.

Dated: September 3, 2020

RICHARD SEEBORG
United States District Judge